B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Olson Rug Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Olson Rug & Flooring, Inc.; DBA Olson Rug Flooring & Blinds** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2606685** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**832 South Central Avenue**<br>**Chicago, IL**<br>ZIP Code **60644** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Olson Rug Company** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Olson Rug Company** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ David J. Fischer**
Signature of Attorney for Debtor(s)

**David J. Fischer 813745**
Printed Name of Attorney for Debtor(s)

**Wildman, Harrold, Allen & Dixon LLP**
Firm Name

**225 W. Wacker Drive**
**Chicago, IL 60606**

Address

**312-201-2000  Fax: 312-201-2555**
Telephone Number

**July 15, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert W. Rosenberg**
Signature of Authorized Individual

**Robert W. Rosenberg**
Printed Name of Authorized Individual

**Chief Operating Officer**
Title of Authorized Individual

**July 15, 2011**
Date

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| OLSON RUG COMPANY,[1] | Case No. 11-_____ |
| Debtor. | Hon. _____ |

**DOCUMENTS FILED IN CONNECTION
WITH THE DEBTOR'S VOLUNTARY CHAPTER 11 PETITION**

| | |
|---|---|
| Rider 1 | Written Consent in Lieu of a Meeting of the Board of Directors of the Debtor |
| Rider 2 | Creditor Mailing Matrix |
| Rider 3 | List of Equity Security Holders of the Debtor and Corporate Ownership Statement |
| Rider 4 | List of Creditors Holding the 20 Largest Unsecured Claims |
| Rider 5 | Declaration Regarding Electronic Filing |

---

[1]   The last four digits of the Debtor's federal tax identification number are: 6685.  The location of the Debtor's corporate headquarters is 832 South Central Avenue, Chicago, Illinois 60644.

## Rider 1

**Written Consent in Lieu of a Meeting of the Board of Directors of the Debtor**

**(Attached)**

## OLSON RUG COMPANY

## WRITTEN CONSENT IN LIEU OF A MEETING OF THE BOARD OF DIRECTORS

### July 13, 2011

As of this 13th of July, 2011, the undersigned being all of the members of the board of directors (the "*Board of Directors*") of OLSON RUG COMPANY (the "*Company*"), a corporation organized and existing under the laws of the State of Delaware, in lieu of holding a meeting of the Board of Directors, do hereby take the following actions and adopt the following resolutions by unanimous written consent:

WHEREAS, the Board of Directors has reviewed and considered the materials presented by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business.

WHEREAS, the Company deems it advisable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*").

WHEREAS, the Board of Directors deems it advisable and in the best interest of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code.

WHEREAS, the Board of Directors has the full authority, in the name and on behalf of the Company, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, as such time as said Board of Directors executing the same shall determine.

WHEREAS, the Board of Directors have the full authority to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which it deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such chapter 11 case.

WHEREAS, the Board of Directors has full authority in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of the Board of Directors shall be or become necessary, proper and desirable to prosecute to a successful completion the Company's chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and structure, and ownership

of the Company consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

WHEREAS, the Board of Directors deems it advisable to name any of the directors or officers of the Company (the "*Authorized Officer*") as an authorized signatory of the Company and to authorize the Authorized Officer to execute either individually or with any other Authorized Officers any and all documents necessary required to effectuate the purposes of the following resolutions.

NOW THEREFORE, BE IT:

**RESOLVED**, that any of the officers or directors of the Company (collectively, the "*Authorized Officers*"), acting alone or with one or more other Authorized Officer, with power of delegation, be, and they hereby are, authorized to serve as an authorized agent of the Company and are authorized to execute either individually or with any Authorized Officer any and all documents required to consummate the transactions contemplated herein; and

**FURTHER RESOLVED**, that any Authorized Officer, as authorized signatory of the Company, shall be authorized, empowered and directed to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois; and

**FURTHER RESOLVED**, that any Authorized Officer shall be authorized, empowered and directed to: (a) execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, and other papers; (b) take any and all management action necessary, appropriate, desirable, or proper to assist the Company in the chapter 11 case, with a view to the successful prosecution of such chapter 11 case, including, without limitation, any action necessary to (i) maintain the ordinary course operation of the Company's business and (ii) to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals (including, without limitation, Wildman, Harrold, Allen & Dixon LLP and restructuring counsel) to assist the Company in the chapter 11 case and in carrying out its duties under the provisions of the Bankruptcy Code; and (c) to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection therewith; and

**FURTHER RESOLVED**, that any Authorized Officer shall be authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such Authorized Officer shall be or become necessary, proper and desirable to prosecute to a successful completion the Company's chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and

2

structure, and ownership of the Company consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

**FURTHER RESOLVED**, that any Authorized Officer shall be authorized, empowered, and directed, acting singly, to take any and all other actions as the Authorized Officer deems appropriate to effectuate the purposes of the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts and deed heretofore done or taken by any Authorized Officer in carrying out the terms and intentions of these resolutions are hereby in all respects ratified, confirmed, and approved.

**FURTHER RESOLVED**, that this consent may be executed in one or more counterparts (including by means of electronically transmitted copies of signature pages), all of which taken together shall constitute one and the same written consent.

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent in their capacity as the directors of the Company as of the 13th day of July, 2011.

Richard W. Rosenberg

Robert W. Rosenberg

Susan Pinsky

Anne Armstrong

## Rider 2

**Creditor Mailing Matrix**

**(Attached)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| OLSON RUG COMPANY,[1] | Case No. 11-_____ |
| Debtor. | Hon. _____ |

---

### VERIFICATION OF CREDITOR MATRIX

I, the undersigned authorized officer of the above-captioned 11 debtor, declare under penalty of perjury that I have reviewed the following creditor matrix and that it is true and correct as of the date hereof, to the best of my knowledge, information, and belief.

Dated: July 15, 2011
Chicago, Illinois

By: _/s/Robert W. Rosenberg_____
Name:   Robert W. Rosenberg,
Title:    Chief Operating Officer,
          Olson Rug Company

---

[1]   The last four digits of the Debtor's federal tax identification number are: 6685.  The location of the Debtor's corporate headquarters is 832 South Central Avenue, Chicago, Illinois 60644.

Alarm Detection Systems Inc.
1111 Church Road
Aurora, IL 60505


Ascensus
P.O. Box #36472
Newark, NJ 07188-6472


AT&T
P.O. Box 8100
Aurora, IL 60507


AT&T Bankruptcy
P.O. Box 769
Arlington, TX 76004


AT&T Long Distance
AT&T's Corporate Office
208 South Akard Street
Dallas, TX 75202


AT&T Mobility
140 W. Van Buren St.
Chicago, IL 60605


Automatic Data Processing
P.O. Box 78415
Phoenix, AZ 85062


Belson, Bruce
1246 W. Nelson, St., Apt. 1
Chicago, IL 60657


Carpet Cushions & Supplies
24193 Network Place
Chicago, IL 60673


City of Chicago Bankruptcy Unit
121 N. LaSalle St., Rm. 107
Chicago, IL 60602


City of Chicago Water Management
333 S. State Street
Suite 410
Chicago, IL 60602

City of Highland Park
1707 St. Johns Avenue
Highland Park, IL 60035


Commonwealth Edison Company
Legal Revenue Recovery/Claims Dept.
Three Lincoln Center
Oakbrook Terrace, IL 60181


Dal-Tile Corporation
P.O. Box 70671
Chicago, IL 60673


Dalyn Rug Company
Re: Customer #116
P.O. Box 1031
Dalton, GA 30722


Department of the Treasury, IRS
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Dex One
P.O. Box 9001401
Louisville, KY 40290


DLS Internet Service
950 Oak Street
Lake in the Hills, IL 60156


DuPage County Collector
P.O. Box 4203
Carol Stream, IL 60197


E.J. Welch Company Inc.
P.O. Box 795084
Saint Louis, MO 63179


Edmond M. Burke
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606

Fabrica International
P.O. Box 406336
Atlanta, GA 30384


Florstar Sales, Inc.
Department #10188
P.O. Box 87618
Chicago, IL 60680-0618


Frame Hardwoods, Inc.
740 W. Industrial
Chelsea, MI 48118


Harlem Dempster Venture
c/o George Annes, Room 1206
134 N. LaSalle St.
Chicago, IL 60602


Highland Park LLC
832 South Central Avenue
Chicago, IL 60644


Illinois Dep't of Rev., Bankruptcy
100 W. Washington St., 7-400
Chicago, IL 60601


Illinois Dept' Rev., Bankr. Sec.
Level 7-425
100 W. Randolph St.
Chicago, IL 60601


Information Resource Systems Corp.
P.O. Box 4616
Wheaton, IL 60189


Insignia By Mohawk
Mohawk Factoring
P.O. Box 91157
Chicago, IL 60693


Integrity Leasing & Financing Inc.
P.O. Box 644006
Cincinnati, OH 45264

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604


Kancov Investment Limited
Partnership, Suite 200
27750 Stansbury
Farmington Hills, MI 48334


Kane Carpet
BB&T
P.O. Box 890011
Charlotte, NC 28289


Kraus USA
P.O. Box 704
Clarion, PA 16214


L. W. Mountain Hardwood
Floors Inc.
1615 Dundee Ave., Suite C
Elgin, IL 60120


Lake County Collector
18 North County Street, Room 102
Waukegan, IL 60085


Leaders Bank
2001 York Road, Suite 150
Oak Brook, IL 60523


Masland Carpets
P.O. Box 277541
Atlanta, GA 30384


Mid American Tile
1650 Howard Street
Elk Grove Village, IL 60007


Mohawk Carpet Corp.
Mohawk Factoring Inc.
P.O. Box 91157
Chicago, IL 60693

Nicor
P.O. Box 416
Aurora, IL 60568


Nicor
1844 Ferry Road
Naperville, IL 60563


Nordic Energy Services LLC
625 Plainfield Road
Suite 226
Willowbrook, IL 60527


North Shore Gas
Attn: Customer Service
130 East Randolph Drive
Chicago, IL 60601


North Shore Sanitary District
WM Koepsel Drive
Gurnee, IL 60031


Nourison Rug Company
Newark Post Office
P.O. Box 35651
Newark, NJ 07193


NVZ, Inc.
120 East Street, Unit 8
Carol Stream, IL 60188


Olson Rug Company
832 South Central Avenue
Chicago, IL 60644


Olson Rug Limited Partnership
832 South Central Avenue
Chicago, IL 60644


Oriental Weavers, USA
P.O. Box 740209
Atlanta, GA 30374

Patrick S. Layng
U.S. Trustee (Region 11)
219 S. Dearborn St., #873
Chicago, IL 60604


Paul W. Ryan, Esq.
Law Offices of Eugene K. Hollander
230 W. Monroe, Suite 1900
Chicago, IL 60606


People's Gas
Bill Processing Center
Chicago, IL 60687


Phenix
Phenix Dept 40252
P.O. Box 740209
Atlanta, GA 30374-0209


Rosenberg, Diane
832 S. Central Avenue
Chicago, IL 60644


Rosenberg, Richard W.
832 S. Central Avenue
Chicago, IL 60644


Rosenberg, Robert W.
832 S. Central Avenue
Chicago, IL 60644


Scott & Kraus LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60606


Shaw Industries, Inc.
12978 Collections Center Drive
Chicago, IL 60693


Stanton Carpet Corp.
P.O. Box 950
Syosset, NY 11791

Surfaces Transport Inc.
P.O. Box 250806
Milwaukee, WI 53225-6512


T-Mobile
T-Mobile Corporate Office
12920 SE 38th Street
Bellevue, WA 98006


Tribune Media Group
14839 Collections Center Dr.
Chicago, IL 60693-0148


Trust Services, FSB
c/o Wells Fargo Bank
P.O. Box 10399
Fargo, ND 58106


Victor Envelope Company
301 Arthur Court
Bensenville, IL 60106


Village of Barrington
Village Hall
200 South Hough Street
Barrington, IL 60010


Village of Bloomingdale
201 South Bloomingdale Road
Bloomingdale, IL 60108


Village of Mundelein
440 E. Hawley St.
Mundelein, IL 60060


Village of Naperville
400 S. Eagle St.
Naperville, IL 60540


Village of Norridge
Attn: Village Clerk
4000 N. Olcott Avenue
Harwood Heights, IL 60706

```
Village of Oak Lawn
9446 S. Raymond Avenue
Oak Lawn, IL 60453


Village of Skokie
5127 Oakton Street
Skokie, IL 60077


Wildman, Harrold, Allen & Dixon LLP
Attn: David Fischer/Phillip Nelson
225 W. Wacker Drive, Suite 2800
Chicago, IL 60606
```

## **Rider 3**

**List of Equity Security Holders of the Debtor and Corporate Ownership Statement**

**(Attached)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| OLSON RUG COMPANY,[1] | Case No. 11-_____ |
| Debtor. | Hon. _____ |

### LIST OF EQUITY SECURITY HOLDERS OF THE DEBTOR
### AND CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are all the entities that directly or indirectly own any class of the Debtor's equity interests:

| Shareholder | Nature of Interest | Percentage of Interest Held |
|---|---|---|
| Olson Rug Limited Partnership 832 South Central Avenue Chicago, Illinois 60644 | Common Stock | 100% |

I, the undersigned authorized officer of the above-captioned 11 debtor, declare under penalty of perjury that I have reviewed the forgoing list and that it is true and correct as of the date hereof, to the best of my knowledge, information, and belief.

Dated: July 15, 2011
Chicago, Illinois

By:   /s/Robert W. Rosenberg
Name:   Robert W. Rosenberg,
Title:    Chief Operating Officer,
Olson Rug Company

---

[1]     The last four digits of the Debtor's federal tax identification number are: 6685.  The location of the Debtor's corporate headquarters is 832 South Central Avenue, Chicago, Illinois 60644.

## **Rider 4**

**List of Creditors Holding the 20 Largest Unsecured Claims**

**(Attached)**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Olson Rug Company**
_____
Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Belson, Bruce<br>1246 W. Nelson, St., Apt. 1<br>Chicago, IL 60657 | Bruce Belson<br>1246 W. Neslon St., Apt. 1<br>Chicago, IL 60657 | | | 350,865.00 |
| Carpet Cushions & Supplies<br>24193 Network Place<br>Chicago, IL 60673 | Carpet Cushions & Supplies<br>24193 Network Place<br>Chicago, IL 60673 | | | 4,018.92 |
| Dal-Tile Corporation<br>P.O. Box 70671<br>Chicago, IL 60673 | Dal-Tile Corporation<br>P.O. Box 70671<br>Chicago, IL 60673 | | | 2,189.99 |
| Dalyn Rug Company<br>Re: Customer #116<br>P.O. Box 1031<br>Dalton, GA 30722 | Dalyn Rug Company<br>Re: Customer #116<br>P.O. Box 1031<br>Dalton, GA 30722 | | | 2,306.04 |
| Dex One<br>P.O. Box 9001401<br>Louisville, KY 40290 | Dex One<br>P.O. Box 9001401<br>Louisville, KY 40290 | | | 4,579.00 |
| Fabrica International<br>P.O. Box 406336<br>Atlanta, GA 30384 | Fabrica International<br>P.O. Box 406336<br>Atlanta, GA 30384 | | | 1,508.56 |
| Florstar Sales, Inc.<br>Department #10188<br>P.O. Box 87618<br>Chicago, IL 60680-0618 | Florstar Sales, Inc.<br>Department #10188<br>P.O. Box 87618<br>Chicago, IL 60680-0618 | | | 1,966.58 |
| Frame Hardwoods, Inc.<br>740 W. Industrial<br>Chelsea, MI 48118 | Frame Hardwoods, Inc.<br>740 W. Industrial<br>Chelsea, MI 48118 | | | 915.65 |
| Harlem Dempster Venture<br>c/o George Annes, Room 1206<br>134 N. LaSalle St.<br>Chicago, IL 60602 | Harlem Dempster Venture<br>c/o George Annes, Room 1206<br>134 N. LaSalle St.<br>Chicago, IL 60602 | | | 10,796.36 |
| Insignia By Mohawk<br>Mohawk Factoring<br>P.O. Box 91157<br>Chicago, IL 60693 | Insignia By Mohawk<br>Mohawk Factoring<br>P.O. Box 91157<br>Chicago, IL 60693 | | | 24,497.79 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Olson Rug Company**                                          Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kancov Investment Limited Partnership, Suite 200 27750 Stansbury Farmington Hills, MI 48334** | **Kancov Investment Limited Partnership, Suite 200 27750 Stansbury Farmington Hills, MI 48334** | | | **13,480.78** |
| **Kane Carpet BB&T P.O. Box 890011 Charlotte, NC 28289** | **Kane Carpet BB&T P.O. Box 890011 Charlotte, NC 28289** | | | **2,630.89** |
| **Kraus USA P.O. Box 704 Clarion, PA 16214** | **Kraus USA P.O. Box 704 Clarion, PA 16214** | | | **18,883.80** |
| **L. W. Mountain Hardwood Floors Inc. 1615 Dundee Ave., Suite C Elgin, IL 60120** | **L. W. Mountain Hardwood Floors Inc. 1615 Dundee Ave., Suite C Elgin, IL 60120** | | | **1,492.75** |
| **Masland Carpets P.O. Box 277541 Atlanta, GA 30384** | **Masland Carpets P.O. Box 277541 Atlanta, GA 30384** | | | **2,947.57** |
| **Mohawk Carpet Corp. Mohawk Factoring Inc. P.O. Box 91157 Chicago, IL 60693** | **Mohawk Carpet Corp. Mohawk Factoring Inc. P.O. Box 91157 Chicago, IL 60693** | | | **76,303.79** |
| **Oriental Weavers, USA P.O. Box 740209 Atlanta, GA 30374** | **Oriental Weavers, USA P.O. Box 740209 Atlanta, GA 30374** | | | **1,977.23** |
| **Phenix Phenix Dept 40252 P.O. Box 740209 Atlanta, GA 30374-0209** | **Phenix Phenix Dept 40252 P.O. Box 740209 Atlanta, GA 30374-0209** | | | **6,742.16** |
| **Shaw Industries, Inc. 12978 Collections Center Drive Chicago, IL 60693** | **Shaw Industries, Inc. 12978 Collections Center Drive Chicago, IL 60693** | | | **15,079.74** |
| **Tribune Media Group 14839 Collections Center Dr. Chicago, IL 60693-0148** | **Tribune Media Group 14839 Collections Center Dr. Chicago, IL 60693-0148** | | | **27,829.25** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Olson Rug Company**                                                                                    Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chief Operating Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **July 15, 2011**                                    Signature   **/s/ Robert W. Rosenberg**
                                                                        **Robert W. Rosenberg**
                                                                        **Chief Operating Officer**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

## Rider 5

**Declaration Regarding Electronic Filing**

**(Attached)**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| OLSON RUG COMPANY, | Case No. 11-_____ |
| Debtor. | Hon. _____ |

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I – DECLARATION OF PETITIONER             Date: July 15, 2011

A.    To be completed in all cases.

I(We), Robert W. Rosenberg and Olson Rug Company, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that that the information I(we) have given the my(our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I(We) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk, in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.    To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file chapter 7.

☐    I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12 or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.    To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☒    I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature:  *Robert W Rosenberg*
            Robert W. Rosenberg
            Chief Operating Officer,
            Olson Rug Company