**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| OLSON RUG COMPANY,[1] | Case No. 11-29178 |
| Debtor. | Hon. Carol A. Doyle |

**NOTICE OF FINAL HEARING**

TO: See attached Service List 1 and Service List 2

    **PLEASE TAKE NOTICE** that on July 29, 2011, United States Bankruptcy Judge Carol A. Doyle entered the *Order Under Motion for Order (a) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (b) Approving Deposit as Adequate Assurance of Payment, and (c) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* [Docket No. 38] (the "***Interim Order***"), a copy of which is attached hereto as **Exhibit A** and hereby served upon you.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, a final hearing on the *Debtor's Emergency Motion for Entry of an Order (a) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (b) Approving Deposit as Adequate Assurance of Payment, and (c) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* [Docket No. 7] (the "***Utilities Motion***"), a copy of which was previously served upon you, has been scheduled for Thursday, August 11, 2011 at 10:30 a.m. CT. (the "***Final Hearing***").

    **PLEASE TAKE FURTHER NOTICE** that on **Thursday, August 11, 2011 at 10:30 a.m. CT**, or as soon thereafter as counsel may be heard, the undersigned will appear, by and through its counsel, before United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois for the Final Hearing on the Utilities Motion and shall seek entry of a final order on the Utilities Motion, at which time you may appear.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Interim Order, any objections to the Utilities Motion must be filed with the Court and served upon the Debtor, Leaders Bank, and the U.S. Trustee (as each of those terms is defined in the Utilities Motion) by **4:00 p.m. CT on August 8, 2011**.

---

[1]   The last four digits of the Debtor's federal tax identification number are: 6685. The location of the Debtor's corporate headquarters is 832 South Central Avenue, Chicago, Illinois 60644.

Dated: August 1, 2011

        Respectfully submitted,

        OLSON RUG COMPANY,
        Debtor and Debtor in Possession


        By:  */s/Phillip W. Nelson*
             One of Its Attorneys

David J. Fischer
Phillip W. Nelson
Joy Lyu Monahan
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2575
Facsimile: 312-201-2555
fischer@wildman.com
pnelson@wildman.com
monahan@wildman.com
*Proposed Counsel to Olson Rug Company,*
*Debtor and Debtor in Possession*

**<u>Exhibit A</u>**

**Interim Order**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-29178 |
| | ) | |
| OLSON RUG COMPANY, | ) | Chapter: 11 |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER UNDER MOTION FOR ORDER (A) PROHIBITING UTILITY COMPANIES FROM ALTERING OR DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION INVOICES, (B) APPROVING DEPOSIT AS ADEQUATE ASSURANCE OF PAYMENT, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS BY UTILITY COMPANIES FOR ADDITIONAL ASSURANCE OF PAYMENT**

Upon consideration of the motion (the "Motion") of the Debtor for entry of an order (a) prohibiting the Utility Companies from altering or discontinuing service on account of prepetition invoices, (b) approving the adequate assurance of postpetition payment through the establishment of the Deposit, and (c) establishing the Additional Adequate Assurance Procedures; the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court having jurisdiction over the Motion pursuant to 28 U.S.C. § 1334; this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue being proper in this District pursuant to 28 U.S.C. § 1408; the Court having considered the Motion and determined that the relief requested therein is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; the Court having determined that notice of the Motion was good and sufficient under the particular circumstances and that no other and further notice need be given to consider the motion on an emergency basis and grant interim relief; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED on an interim basis as set forth herein.

2. The Debtor is authorized to establish the Deposit.

3. The Debtor shall, on or before (20) business days after the Petition Date, deposit $7,500 (the "Deposit") into a newly created, segregated, interest-bearing account, for the purpose of providing each Utility Company adequate assurance of payment of its postpetition Utility Services to the Debtor. Such Deposit shall be held in escrow pending further order of the Court. The Deposit shall be maintained with a minimum balance equal to the Debtor's estimated two week cost of Utility Services, which may be adjusted by the Debtor to account for the termination of Utility Services by the Debtor or the arrangements with respect to the adequate assurance of payment reached with any Utility Company.

4. To the extent the Debtor becomes delinquent with respect to a Utility Company's account, such Utility Company shall file a notice of such delinquency (the "Delinquency Notice") with the Court and serve such notice on (a) the Debtor, (b) counsel to the Debtor, (c) counsel to the official committee of unsecured creditors, if one is appointed, and (d) counsel to the United States Trustee (collectively, the "Parties in Interest"). If the Debtor has not cured within ten (10) days of the receipt of the Delinquency Notice, then the Debtor shall remit to such Utility Company from the Deposit the lesser of (i) the amount allocated in the Deposit to such Utility Company, or (ii) the amount of postpetition charges

claimed as delinquent in the Delinquency Notice.

    5. If the Utility Company is not satisfied that the establishment of the Deposit provides adequate assurance of future payment, the Utility Company may make additional requires for adequate assurance pursuant to the following procedures, that are hereby approved as follows:

    a. In the event a Utility Company asserts that the above-referenced proposed adequate assurance is not satisfactory adequate assurance of payment within the context of section 366(c)(2), the Utility Company must serve a request for adequate assurance on the Debtor and counsel to the Debtor at the following addresses: (i) Olson Rug Company (Attention: Paul Krein, Treasurer, Olson Rug Company, 832 South Central Avenue, Chicago, Illinois 60644) and (ii) proposed counsel to the Debtor, Wildman Harrold Allen & Dixon LLP, 225 West Wacker Drive, Suite 3000, Chicago, IL 60606 (Attention: Phillip W. Nelson), so that it is actually received thirty (30) days from the Petition Date (the "Additional Adequate Assurance Request").

    b. Any Additional Adequate Assurance Request must: (i) be made in writing, (ii) include a summary of the Debtor's payment history relevant to the affected accounts, including any such security deposit, (iii) sets forth what the Utility Company would accept as satisfactory adequate assurance of payment, (v) provide a contact at the Utility Company to whom counsel may speak regarding the request for additional adequate assurance, (vi) provide a fax number and electronic mail address to which the Debtor may respond to the Additional Adequate Assurance Request.

    c. The Debtor shall have thirty (30) days after the Additional Adequate Assurance Request deadline to negotiate with the Utility Company (the "Resolution Period").

    d. Without further order of the Court, the Debtor may enter into agreements granting additional adequate assurance to the Utility Company serving a timely Additional Adequate Assurance Request if the Debtor, in its discretion, determines that the Additional Adequate Assurance Request is reasonable or if the parties come to a consensual agreement.

    e. If the Debtor and the Utility Company are unable to reach a resolution by the expiration of the Resolution Period, the Debtor will request a hearing before the Court to determine the adequacy of assurance of payment with respect of the Utility Company pursuant to section 366(c)(3) (the "Determination Hearing").

    f. Pending the conclusion of the Determination Hearing, the Utility Company is prohibited from altering, refusing, or discontinuing services to the Debtor on account of unpaid prepetition invoices, objections to the proposed adequate assurance or due to the commence of this case.

    g. Any Utility Company that fails to timely serve an Additional Adequate Assurance Request shall be deemed to have received adequate assurance of payment that is satisfactory to such Utility Company within the meaning of section 366(c)(2).

    6. In the event that any Utility Company files and/or serves an Additional Adequate Assurance Request after the Additional Adequate Assurance Request Deadline, or, if applicable, the deadline established in paragraph 5 above, such request shall be treated as a request under section 366(c)(3) of the Bankruptcy Code and shall be granted, if at all, only after the Utility Company making such request schedules such request for hearing, on notice, in accordance with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

7. A Final Hearing, if required, to consider the Motion and proposed final order is scheduled for August 11, 2011 at 10:30 a.m. (Prevailing Central Time) before this Court. Any objections to the relief requested in the Motion must be filed with the Clerk of the Bankruptcy Court and served upon and received by: (i) proposed counsel for the Debtor, Wildman, Harrold, Allen & Dixon LLP, 225 West Wacker Drive, Suite 2800, Chicago, IL 60606 (Attn: Phillip W. Nelson); (ii) the Office of the United States Trustee for the Northern District of Illinois; and (iii) counsel to any official committees appointed in the Chapter 11 Case, on or before Aug. 8, 2011 at 4:00 p.m. (Prevailing Central Time).

8. The Debtor shall serve a copy of this Order on each Utility Company listed on the Utility Service List within two (2) business days of the date this Order is entered, and shall similarly serve this Order on each Utility Company subsequently added by the Debtor to the Utility Service List.

9. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion or otherwise deemed waived.

10. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

12. This Order shall be deemed to be a final order with respect to the Motion as to any Utility Company that does not file a timely Objection to the Adequate Assurance Procedures as set forth herein.

Enter:

Dated: 7/28/11

*[Signature]*
United States Bankruptcy Judge

**Prepared by:**

David J. Fischer (Atty. No. 813745)
Phillip W. Nelson (Atty. No. 6283615)
Joy Lyu Monahan (Atty. No. 6291826)
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606-1229
Telephone: 312-201-2000
Facsimile: 312-201-2555

Rev: 201100318_bko

# EXHIBIT 1

Utility Companies

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| AT&T | AT&T requested service by facsimile at 888-826-0132<br><br>P.O. Box 8100<br>Aurora IL 60507-0000<br><br>AT&T Bankruptcy<br>P.O. Box 769<br>Arlington, TX 76004 | 708-594-1962<br>773-921-1299<br>847-577-0079<br>847-382-1216<br>630-351-9744<br>773-883-4412<br>630-964-4518<br>847-926-8261<br>847-949-6108<br>847-583-9806<br>708-453-7283<br>630-778-0948<br>708-424-5731<br>847-675-7635 | Telephone |
| AT&T Mobility | 140 W Van Buren St<br>Chicago, IL 60605 | 273075697<br>267762072<br>253355105 | Telephone |
| T-Mobile | T-Mobile Corporate Office Headquarters<br>12920 SE 38th Street<br>Bellevue, WA 98006 | 235437128 | Telephone |
| AT&T Long Distance | AT&T's Corporate Office Headquarters in the USA<br>208 South Akard Street<br>Dallas, TX 75202 | 857853819<br>645071 | Telephone |
| Commonwealth Edison Company | Legal Revenue Recovery/ Claims Department<br>Three Lincoln Center<br>Oakbrook Terrace, Illinois 60181 | 6058646018<br>4895288001<br>2559591036<br>6507505013<br>5911316003<br>4791112013<br>2372325009<br>0783449016<br>6066256000<br>1781645002<br>3374352005 | Electricity |

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| Peoples Gas | Peoples Gas requested service by facsimile at: 312-240-7343 (Attention: Bankruptcy Department) Bill Processing Center Chicago IL 60687-0000 | 1-5000-0265-2119 7-5000-0322-0610 | Gas |
| City of Chicago Water Management | City of Chicago Water Management requested service by facsimile at: 312-747-6894 333 S. State Street Suite 410 Chicago, IL 60602 | 522934-522934 477016-477016 | Water |
| Nicor | P.O. Box 416 Aurora IL 60568-0000 1844 Ferry Rd Naperville, IL 60563 | 64-96-76-0000-4 40-70-89-0000-2 41-90-05-0000-4 86-76-04-0000-1 39-77-60-1000-9 16-56-16-1000-3 22-17-59-2190-1 36-36-35-0000-4 | Gas |
| Village of Bloomingdale | 201 South Bloomingdale Road Bloomingdale, IL 60108 | 96879010-00 | Water |
| Village of Barrington | Village Hall 200 South Hough Street Barrington, IL 60010 | 012270-000 | Water |
| Nordic Energy Services LLC | 625 Plainfield Road Suite 226 Willowbrook, IL 60527 | 2372325009 6058646018 4791112013 2559591036 6507505013 5911316003 4895288001 3374352005 1781645002 | Electricity |
| City of Highland Park | 1707 St Johns Avenue Highland Park, IL 60035 | 017351 | Water |

## **Service List 1**

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| AT&T | AT&T Corp.<br>c/o CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604<br>Attn: Registered Agent<br><br>-and-<br><br>AT&T Illinois<br>c/o CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604<br>Attn: Registered Agent | 708-594-1962<br>773-921-1299<br>847-577-0079<br>847-382-1216<br>630-351-9744<br>773-883-4412<br>630-964-4518<br>847-926-8261<br>847-949-6108<br>847-583-9806<br>708-453-7283<br>630-778-0948<br>708-424-5731<br>847-675-7635 | Telephone |
| AT&T Mobility | AT&T Mobility Services LLC<br>c/o CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604<br>Attn: Registered Agent | 273075697<br>267762072<br>253355105 | Telephone |
| T-Mobile | T-Mobile<br>c/o Illinois Corporation Service C<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>Attn: Registered Agent<br><br>-and-<br><br>T-Mobile of Illinois<br>c/o Halawa Illinois Reg. Agent Ltd.<br>7000 W. 111th St. #102<br>Worth, IL 60482<br>Attn: Registered Agent | 235437128 | Telephone |

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| AT&T Long Distance | AT&T Long Distance Service<br>c/o CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604<br>Attn: Registered Agent | 857853819<br>645071 | Telephone |
| Commonwealth Edison Company | Commonwealth Edison Company<br>Attn: Veronica Gomez,<br>    Registered Agent<br>10 S. Dearborn Street,<br>49th Floor<br>Chicago, IL 60603 | 6058646018<br>4895288001<br>2559591036<br>6507505013<br>5911316003<br>4791112013<br>2372325009<br>0783449016<br>6066256000<br>1781645002<br>3374352005 | Electricity |
| Peoples Gas | The Peoples Gas Light and Coke Company<br>Attn: Timothy P. Walsh,<br>    Registered Agent<br>130 E. Randolph Dr.<br>Chicago, IL 60601<br><br>-and-<br><br>The Peoples Gas Light and Coke Company<br>Attn: Michael Reed,<br>General Counsel<br>130 E. Randolph Dr.<br>Chicago, Illinois 60601 | 1-5000-0265-2119<br>7-5000-0322-0610 | Gas |

2

| **UTILITY NAME** | **ADDRESS** | **ACCOUNT NUMBER** | **TYPE OF UTILITY** |
|---|---|---|---|
| City of Chicago Water Management | City of Chicago Water Management c/o Susana Mendoza, City Clerk 121 N. LaSalle Street Chicago, Illinois 60602<br><br>-and-<br><br>City of Chicago Water Management Attn: Eartha 333 S. State Street Suite 330 Chicago, IL 60604 | 522934-522934 477016-477016 | Water |
| Nicor | Nicor Gas Company Attn: Paul C. Gracey, Jr., Registered Agent 1844 Ferry Rd. Naperville, IL 60563 | 64-96-76-0000-4 40-70-89-0000-2 41-90-05-0000-4 86-76-04-0000-1 39-77-60-1000-9 16-56-16-1000-3 22-17-59-2190-1 36-36-35-0000-4 | Gas |
| Village of Bloomingdale | Martin Bourke Village Administrator Village of Bloomingdale 201 South Bloomingdale Road Bloomingdale, IL 60108 | 96879010-00 | Water |
| Village of Barrington | Jason Hayden, Village Treasurer Village of Barrington Village Hall 200 South Hough Street Barrington, IL 60010 | 012270-000 | Water |

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| Nordic Energy Services LLC | Nordic Energy Services, LLC<br>Attn: Christopher D. Schuering, Registered Agent<br>506 Vermont<br>Quincy, IL 62301 | 2372325009<br>6058646018<br>4791112013<br>2559591036<br>6507505013<br>5911316003<br>4895288001<br>3374352005<br>1781645002 | Electricity |
| City of Highland Park | Shirley Ritzgerald<br>City Clerk<br>City of Highland Park<br>1707 St Johns Avenue<br>Highland Park, IL 60035 | 017351 | Water |
| Village of Mundelein | Village of Mundelein<br>c/o Esmie Dahlstrom,<br>Village Clerk<br>440 E. Hawley St.<br>Mundelein, IL 60060 | 11411300<br>11411501 | Water |
| Village of Norridge | Judith Dunne Bernardi<br>Village Clerk<br>Village of Norridge<br>4000 N. Olcott Avenue<br>Norridge, IL 60706 | 014461-000 | Water |
| City of Naperville | City of Naperville<br>c/o Doug Krieger,<br>City Manager<br>400 S. Eagle St.<br>Naperville, IL 60540 | 5429-5004 | Water |
| Village of Oak Lawn | Jane Quinlan, Village Clerk<br>Village of Oak Lawn<br>9446 S. Raymond Ave.<br>Oak Lawn, IL 60453 | 1-9505901-00 | Water |

4

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| Village of Skokie | Village of Skokie<br>c/o Marlene Williams, Village Clerk<br>5127 Oakton Street<br>Skokie, Illinois 60077 | 31219-31220 | Water |
| North Shore Gas | North Shore Gas Company<br>Attn: Timothy P. Walsh, Registered Agent<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | 4-5000-2692-0046<br>4-5000-1272-6874 | Gas |
| North Shore Sanitary District | North Shore Sanitary District<br>Attn: Daniel M. Pierce, President<br>William Koepsel Drive<br>Gurnee, IL 60031 | 1962472 | Water |

5

# **Service List 2**

|    | COMPANY | ATTENTION | FAX |
|----|---------|-----------|-----|
| 1  | AT&T | Attention: Bankruptcy | 888-826-0132 |
| 2  | AT&T Mobility | Attention: Bankruptcy | 888-826-0132 |
| 3  | T-Mobile | Attention: Bankruptcy | 425-383-4040 |
| 4  | AT&T Long Distance | Attention: Bankruptcy | 888-826-0132 |
| 5  | Commonwealth Edison Company | Attn: Legal Revenue Recovery/Claims | 630 576-8591 |
| 6  | People's Gas | Attention: Bankruptcy Dept. -and- Attention: Michael Reed, Legal Dept. | 312-240-7343 |
| 7  | City of Chicago Water Management | Attention: Bankruptcy | 312-747-6894 |
| 8  | Nicor Gas | Attention: Bankruptcy Dept. | 630-893-8174 |
| 9  | Village of Bloomingdale | Attention: Water Billing | 630-893-5136 |
| 10 | Village of Barrington | Attention: Sally | 847-381-7506 |
| 11 | Nordic Energy Services LLC | Attention: Ted | 630-321-0819 |
| 12 | City of Highland Park | Attention: Water Dept. | 847-432-2617 |
| 13 | Village of Mundelein | Attention: Water Billing | 847-949-0143 |
| 14 | Village of Norridge | Attention: Water Billing | 708-453-9335 |
| 15 | City of Naperville | Attention: Finance Dept. | 630-305-6226 |

2

|    | COMPANY | ATTENTION | FAX |
|----|---------|-----------|-----|
| 16 | Village of Oak Lawn | Attention: Ali Curran | 708-636-3223 |
| 17 | Village of Skokie | Attention: Water Billing | 847-933-8497 |
| 18 | North Shore Gas | Attention: Bankruptcy | 312-240-4501 |
| 19 | North Shore Sanitary District | Attention: Bankruptcy | 847-623-3205 |

**Certificate of Service**

      I, Phillip W. Nelson, an attorney, certify that on August 1, 2011, I caused a copy of the foregoing *Notice of Final Hearing* on the *Debtor's Emergency Motion for Entry of an Order (a) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (b) Approving Deposit as Adequate Assurance of Payment, and (c) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* [Docket No. 7], and a copy of the *Order Under Motion for Order (a) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (b) Approving Deposit as Adequate Assurance of Payment, and (c) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* [Docket No. 38], to be served on the foregoing Service List 1 by overnight mail, and on the foregoing Service List 2 via facsimile by 4:00 p.m. CT, on the date hereof.

Date: August 1, 2011

                                          */s/Phillip W. Nelson*
                                          Phillip W. Nelson
                                          WILDMAN, HARROLD, ALLEN & DIXON LLP
                                          225 West Wacker Drive
                                          Chicago, Illinois 60606
                                          Telephone: 312-201-2575
                                          Facsimile: 312-201-2555
                                          pnelson@wildman.com