**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| OLSON RUG COMPANY,[1] | Case No. 11-29178 |
| Debtor. | Hon. Carol A. Doyle |

**NOTICE OF FILING**

     **PLEASE TAKE NOTICE** that Olson Rug Company, by and through its undersigned counsel, hereby files with the Court a proposed final order (attached hereto as **Exhibit A-1**, the "***Proposed Final Utilities Order***") on the *Debtor's Emergency Motion for Entry of an Order (a) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (b) Approving Deposit as Adequate Assurance of Payment, and (c) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* [Docket No. 7] (the "***Utilities Motion***").

     **PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and other parties in interest, a redline showing changes between the Proposed Final Utilities Order and the and the interim order entered by the Court on the Utilities Motion, the *Order Under Motion for Order (a) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (b) Approving Deposit as Adequate Assurance of Payment, and (c) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* [Docket No. 38], is attached hereto as **Exhibit A-2**.

---

[1] The last four digits of the Debtor's federal tax identification number are: 6685. The location of the Debtor's corporate headquarters is 832 South Central Avenue, Chicago, Illinois 60644.

Dated: August 11, 2011

                                    Respectfully submitted,

                                    OLSON RUG COMPANY,
                                    Debtor and Debtor in Possession

                                    By:   */s/Phillip W. Nelson*
                                           One of Its Attorneys

David J. Fischer
Phillip W. Nelson
Joy Lyu Monahan
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2575
Facsimile: 312-201-2555
fischer@wildman.com
pnelson@wildman.com
monahan@wildman.com
*Proposed Counsel to Olson Rug Company,*
*Debtor and Debtor in Possession*

2

## **Exhibit A-1**

**Proposed Final Utilities Order**