**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| OLSON RUG COMPANY,[1] | Case No. 11-29178 |
| Debtor. | Hon. Carol A. Doyle |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Olson Rug Company, by and through its undersigned counsel, hereby files with the Court a proposed second interim order (attached hereto as **Exhibit A-1**, the "***Proposed Second Interim Order***") on the *Debtor's Emergency Motion for Entry of an Interim and, After Further Notice and Hearing, a Final Order (a) Authorizing the Debtor's Use of Cash Collateral; (b) Granting Adequate Protection to Leaders Bank; and (c) Deeming Leaders Bank Adequately Protected Thereby* [Docket No. 2] (the "***Cash Collateral Motion***").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and other parties in interest, a redline showing changes between the Proposed Second Interim Order and the and the *Interim Order (a) Authorizing the Debtor's Use of Cash Collateral; (b) Granting Adequate Protection Leaders Bank; (c) Deeming Leaders Bank Adequately Protected Thereby; and (d) Scheduling a Final Hearing* [Docket No. 32], is attached hereto as **Exhibit A-2**.

---

[1] The last four digits of the Debtor's federal tax identification number are: 6685.  The location of the Debtor's corporate headquarters is 832 South Central Avenue, Chicago, Illinois 60644.

Dated: August 11, 2011

Respectfully submitted,

OLSON RUG COMPANY,
Debtor and Debtor in Possession

By:  */s/Phillip W. Nelson*
     One of Its Attorneys

David J. Fischer
Phillip W. Nelson
Joy Lyu Monahan
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2575
Facsimile: 312-201-2555
fischer@wildman.com
pnelson@wildman.com
monahan@wildman.com
*Proposed Counsel to Olson Rug Company,*
*Debtor and Debtor in Possession*

**<u>Exhibit A-1</u>**

**Proposed Second Interim Order**