UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-29178 |
| | ) | |
| OLSON RUG COMPANY, | ) | Chapter: 11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL ORDER (A) PROHIBITING UTILITY COMPANIES FROM ALTERING OR
DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION INVOICES, (B)
APPROVING DEPOSIT AS ADEQUATE ASSURANCE OF PAYMENT, AND (C)
ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS BY UTILITY COMPANIES
FOR ADDITIONAL ASSURANCE OF PAYMENT**

Upon consideration of the motion (the "Motion") of the Debtor for entry of an order (a)
prohibiting the Utility Companies from altering or discontinuing service on account of prepetition
invoices, (b) approving the adequate assurance of postpetition payment through the establishment of the
Deposit, and (c) establishing the Additional Adequate Assurance Procedures; the Court having
reviewed the Motion and having heard the statements of counsel regarding the relief requested in the
Motion at an emergency hearing before the Court (the "Emergency Hearing"); the Court having entered
an interim order on the Motion [Docket No. 38] which, among other things, scheduled a final hearing
on the Motion (the "Final Hearing"); the Court having conducted the Final Hearing and having heard
the statements of counsel regarding the relief request in the Motion at the Final Hearing; the Court
having jurisdiction over the Motion pursuant to 28 U.S.C. § 1334; this being a core proceeding pursuant
to 28 U.S.C. § 157(b)(2); venue being proper in this District pursuant to 28 U.S.C. § 1408; the Court
having considered the Motion and determined that the relief requested therein is in the best interests of
the Debtor, its estate, its creditors, and other parties in interest; the Court having determined that notice
of the Motion was good and sufficient under the particular circumstances and that no other and further
notice need be given; now, therefore,
IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED on a final basis as set forth herein.

2. The Debtor is authorized to establish the Deposit.

3. The Debtor shall, on or before (20) business days after the Petition Date, deposit $7,500 (the
"Deposit") into a newly created, segregated, interest-bearing account, for the purpose of providing each
Utility Company adequate assurance of payment of its postpetition Utility Services to the Debtor. Such
Deposit shall be held in escrow pending further order of the Court. The Deposit shall be maintained
with a minimum balance equal to the Debtor's estimated two week cost of Utility Services, which may
be adjusted by the Debtor to account for the termination of Utility Services by the Debtor or the
arrangements with respect to the adequate assurance of payment reached with any Utility Company.

4. To the extent the Debtor becomes delinquent with respect to a Utility Company's account, such
Utility Company shall file a notice of such delinquency (the "Delinquency Notice") with the Court and
serve such notice on (a) the Debtor, (b) counsel to the Debtor, (c) counsel to the official committee of
unsecured creditors, if one is appointed, and (d) counsel to the United States Trustee (collectively, the
"Parties in Interest"). If the Debtor has not cured within ten (10) days of the receipt of the Delinquency

Notice, then the Debtor shall remit to such Utility Company from the Deposit the lesser of (i) the amount allocated in the Deposit to such Utility Company, or (ii) the amount of postpetition charges claimed as delinquent in the Delinquency Notice.

5. If the Utility Company is not satisfied that the establishment of the Deposit provides adequate assurance of future payment, the Utility Company may make additional requires for adequate assurance pursuant to the following procedures, that are hereby approved as follows:

a. In the event a Utility Company asserts that the above-referenced proposed adequate assurance is not satisfactory adequate assurance of payment within the context of section 366(c)(2), the Utility Company must serve a request for adequate assurance on the Debtor and counsel to the Debtor at the following addresses: (i) Olson Rug Company (Attention: Paul Krein, Treasurer, Olson Rug Company, 832 South Central Avenue, Chicago, Illinois 60644) and (ii) proposed counsel to the Debtor, Wildman Harrold Allen & Dixon LLP, 225 West Wacker Drive, Suite 3000, Chicago, IL 60606 (Attention: Phillip W. Nelson), so that it is actually received thirty (30) days from the Petition Date (the "Additional Adequate Assurance Request").

b. Any Additional Adequate Assurance Request must: (i) be made in writing, (ii) include a summary of the Debtor's payment history relevant to the affected accounts, including any such security deposit, (iii) sets forth what the Utility Company would accept as satisfactory adequate assurance of payment, (v) provide a contact at the Utility Company to whom counsel may speak regarding the request for additional adequate assurance, (vi) provide a fax number and electronic mail address to which the Debtor may respond to the Additional Adequate Assurance Request.

c. The Debtor shall have thirty (30) days after the Additional Adequate Assurance Request deadline to negotiate with the Utility Company (the "Resolution Period").

d. Without further order of the Court, the Debtor may enter into agreements granting additional adequate assurance to the Utility Company serving a timely Additional Adequate Assurance Request if the Debtor, in its discretion, determines that the Additional Adequate Assurance Request is reasonable or if the parties come to a consensual agreement.

e. If the Debtor and the Utility Company are unable to reach a resolution by the expiration of the Resolution Period, the Debtor will request a hearing before the Court to determine the adequacy of assurance of payment with respect of the Utility Company pursuant to section 366(c)(3) (the "Determination Hearing").

f. Pending the conclusion of the Determination Hearing, the Utility Company is prohibited from altering, refusing, or discontinuing services to the Debtor on account of unpaid prepetition invoices, objections to the proposed adequate assurance or due to the commence of this case.

g. Any Utility Company that fails to timely serve an Additional Adequate Assurance Request shall be deemed to have received adequate assurance of payment that is satisfactory to such Utility Company within the meaning of section 366(c)(2).

6. In the event that any Utility Company files and/or serves an Additional Adequate Assurance Request after the Additional Adequate Assurance Request Deadline, or, if applicable, the deadline established in paragraph 5 above, such request shall be treated as a request under section 366(c)(3) of the Bankruptcy Code and shall be granted, if at all, only after the Utility Company making such request

schedules such request for hearing, on notice, in accordance with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

7. The Debtor shall serve a copy of this Order on each Utility Company listed on the Utility Service List within two (2) business days of the date this Order is entered, and shall similarly serve this Order on each Utility Company subsequently added by the Debtor to the Utility Service List.

8. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion or otherwise deemed waived.

9. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Enter:

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated:

**Prepared by:**

David J. Fischer (Atty. No. 813745)
Phillip W. Nelson (Atty. No. 6283615)
Joy Lyu Monahan (Atty. No. 6291826)
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL  60606-1229
Telephone:  312-201-2000
Facsimile: 312-201-2555

<u>Exhibit 1</u>

**Utilities List**

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| AT&T | AT&T Corp.<br>c/o CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604<br>Attn: Registered Agent<br><br>-and-<br><br>AT&T Illinois<br>c/o CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604<br>Attn: Registered Agent | 708-594-1962<br>773-921-1299<br>847-577-0079<br>847-382-1216<br>630-351-9744<br>773-883-4412<br>630-964-4518<br>847-926-8261<br>847-949-6108<br>847-583-9806<br>708-453-7283<br>630-778-0948<br>708-424-5731<br>847-675-7635 | Telephone |
| AT&T Mobility | AT&T Mobility Services LLC<br>c/o CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604<br>Attn: Registered Agent | 273075697<br>267762072<br>253355105 | Telephone |
| T-Mobile | T-Mobile<br>c/o Illinois Corporation Service C<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>Attn: Registered Agent<br><br>-and-<br><br>T-Mobile of Illinois<br>c/o Halawa Illinois Reg.<br>Agent Ltd.<br>7000 W. 111th St. #102<br>Worth, IL 60482<br>Attn: Registered Agent | 235437128 | Telephone |

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| AT&T Long Distance | AT&T Long Distance Service c/o CT Corporation System 208 S. LaSalle St., Suite 814 Chicago, IL 60604 Attn: Registered Agent | 857853819 645071 | Telephone |
| Commonwealth Edison Company | Commonwealth Edison Company Attn: Veronica Gomez, Registered Agent 10 S. Dearborn Street, 49th Floor Chicago, IL 60603 | 6058646018 4895288001 2559591036 6507505013 5911316003 4791112013 2372325009 0783449016 6066256000 1781645002 3374352005 | Electricity |
| Peoples Gas | The Peoples Gas Light and Coke Company Attn: Timothy P. Walsh, Registered Agent 130 E. Randolph Dr. Chicago, IL 60601  -and-  The Peoples Gas Light and Coke Company Attn: Michael Reed, General Counsel 130 E. Randolph Dr. Chicago, Illinois 60601 | 1-5000-0265-2119 7-5000-0322-0610 | Gas |

2

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| City of Chicago Water Management | City of Chicago Water Management c/o Susana Mendoza, City Clerk 121 N. LaSalle Street Chicago, Illinois 60602<br><br>-and-<br><br>City of Chicago Water Management Attn: Eartha 333 S. State Street Suite 330 Chicago, IL 60604 | 522934-522934 477016-477016 | Water |
| Nicor | Nicor Gas Company Attn: Paul C. Gracey, Jr., Registered Agent 1844 Ferry Rd. Naperville, IL 60563 | 64-96-76-0000-4 40-70-89-0000-2 41-90-05-0000-4 86-76-04-0000-1 39-77-60-1000-9 16-56-16-1000-3 22-17-59-2190-1 36-36-35-0000-4 | Gas |
| Village of Bloomingdale | Martin Bourke Village Administrator Village of Bloomingdale 201 South Bloomingdale Road Bloomingdale, IL 60108 | 96879010-00 | Water |
| Village of Barrington | Jason Hayden, Village Treasurer Village of Barrington Village Hall 200 South Hough Street Barrington, IL 60010 | 012270-000 | Water |

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| Nordic Energy Services LLC | Nordic Energy Services, LLC<br>Attn: Christopher D. Schuering, Registered Agent<br>506 Vermont<br>Quincy, IL 62301 | 2372325009<br>6058646018<br>4791112013<br>2559591036<br>6507505013<br>5911316003<br>4895288001<br>3374352005<br>1781645002 | Electricity |
| City of Highland Park | Shirley Ritzgerald<br>City Clerk<br>City of Highland Park<br>1707 St Johns Avenue<br>Highland Park, IL 60035 | 017351 | Water |
| Village of Mundelein | Village of Mundelein<br>c/o Esmie Dahlstrom,<br>Village Clerk<br>440 E. Hawley St.<br>Mundelein, IL 60060 | 11411300<br>11411501 | Water |
| Village of Norridge | Judith Dunne Bernardi<br>Village Clerk<br>Village of Norridge<br>4000 N. Olcott Avenue<br>Norridge, IL 60706 | 014461-000 | Water |
| City of Naperville | City of Naperville<br>c/o Doug Krieger,<br>City Manager<br>400 S. Eagle St.<br>Naperville, IL 60540 | 5429-5004 | Water |
| Village of Oak Lawn | Jane Quinlan, Village Clerk<br>Village of Oak Lawn<br>9446 S. Raymond Ave.<br>Oak Lawn, IL 60453 | 1-9505901-00 | Water |

| UTILITY NAME | ADDRESS | ACCOUNT NUMBER | TYPE OF UTILITY |
|---|---|---|---|
| Village of Skokie | Village of Skokie c/o Marlene Williams, Village Clerk 5127 Oakton Street Skokie, Illinois 60077 | 31219-31220 | Water |
| North Shore Gas | North Shore Gas Company Attn: Timothy P. Walsh, Registered Agent 130 E. Randolph Dr. Chicago, IL 60601 | 4-5000-2692-0046 4-5000-1272-6874 | Gas |
| North Shore Sanitary District | North Shore Sanitary District Attn: Daniel M. Pierce, President William Koepsel Drive Gurnee, IL 60031 | 1962472 | Water |