# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| OLSON RUG COMPANY,[1] | Case No. 11-29178 |
| Reorganized Debtor. | Hon. Carol A. Doyle |

## NOTICE OF FILING

TO: See attached Service List

**PLEASE TAKE NOTICE** that on August 13, 2012, Edwards Wildman Palmer LLP filed its *Second Interim and Final Application of Edwards Wildman Palmer LLP, Counsel to Olson Rug Company as Debtor and Debtor in Possession, for Final Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses for the Period from July 15, 2011 Through and Including June 11, 2012* [Docket No. 151] (the "***Final Fee Application***").

**PLEASE TAKE FURTHER NOTICE** that on the Final Fee Application is scheduled for **Wednesday, September 5, 2012 at 10:00 a.m. Central Time**, before United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois (the "***Hearing***").

**PLEASE TAKE FURTHER NOTICE** that on the date hereof, Edwards Wildman has filed its *Amended Second Interim and Final Application of Edwards Wildman Palmer LLP, Counsel to Olson Rug Company as Debtor and Debtor in Possession, for Final Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses for the Period from July 15, 2011 Through and Including June 11, 2012* [Docket No. 159] (the "***Amended Final Fee Application***").

---

[1] The last four digits of the Debtor's federal tax identification number are: 6685. The location of the Debtor's corporate headquarters is 832 South Central Avenue, Chicago, Illinois 60644.

17071145_1

Dated: September 4, 2012

                                                  Respectfully submitted,

                                                  EDWARDS WILDMAN PALMER LLP

                                                  By:  */s/ Phillip W. Nelson*
                                                        An Attorney of the Firm

David J. Fischer
Phillip W. Nelson
Joy Lyu Monahan
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2575
Facsimile: 855-587-1388
dfischer@edwardswildman.com
pnelson@edwardswildman.com
jmonahan@edwardswildman.com
*Reorganized Debtor*

**Certificate of Service**

      I, Phillip W. Nelson, an attorney, certify that I caused a copy of (a) the foregoing *Notice of Filing* and (b) the related *Amended Second Interim and Final Application of Edwards Wildman Palmer LLP, Counsel to Olson Rug Company as Debtor and Debtor in Possession, for Final Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses for the Period from July 15, 2011 Through and Including June 11, 2012* [Docket No. 159], filed concurrently herewith, to be served on the attached Service List via the Court's ECF System on the date hereof.

Date: September 4, 2012

*/s/Phillip W. Nelson*
Phillip W. Nelson
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2575
Facsimile: 855-587-1388
pnelson@edwardswildman.com

17071145_1

## Service List

Richard N Golding on behalf of Creditor Kancov Investment Limited Partnership
rgolding@goldinglaw.net

Deborah M Gutfeld on behalf of Creditor Dempster Harlem Venture, LLC
dgutfeld@perkinscoie.com, docketchi@perkinscoie.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Joy L Monahan on behalf of Debtor Olson Rug Company
jmonahan@edwardswildman.com, ksoto@edwardswildman.com

Phillip W. Nelson on behalf of Attorney Edwards Wildman Palmer LLP
pnelson@edwardswildman.com, ksoto@edwardswildman.com;ECFFilings@edwardswildman.com

Paul W Ryan on behalf of Creditor Bruce Belson
pryan@ekhlaw.com, sara@ekhlaw.com

Eileen M Sethna on behalf of Creditor The Leaders Bank
esethna@chuhak.com, rsaldivar@chuhak.com

17071145_1