UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )         BK No.:  11-29178
                                          )
OLSON RUG COMPANY,                        )         Chapter: 11
                                          )         Honorable Carol A. Doyle
                                          )
                                          )
            Debtor(s)                     )

### FINAL DECREE CLOSING CASE

This matter coming before the Court on the Reorganized Debtor's Motion for Entry of a Final Decree Closing Case (the "Motion"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the second amended plan of reorganization [Docket No. 124] (the "Plan") of Olson Rug Company (the "Reorganized Debtor");  it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court being satisfied that the Plan has been substantially consummated and the Reorganized Debtor's estate has been fully administered within the meaning of section 350 of the Bankruptcy Code; and it appearing that notice of the Motion was provided in accordance with Local Rule 3022-1, now therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. The above-captioned chapter 11 case is hereby closed pursuant to Federal Rule of Bankruptcy Procedure 3002, effective as of the date of this order.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

4. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, the terms of this order shall be effective immediately.

Enter:

*Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  11/14/12

**Prepared by:**

David J. Fischer (Atty. No. 813745)
Phillip W. Nelson (Atty. No. 6283615)
Edwards Wildman Palmer LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL  60606-1229
Telephone:  312-201-2000
Facsimile: 312-201-2555